ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 4:08 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

7/17/2025 4:08:51 PM

CHRISTOPHER A. PRINE
Clerk

Date: July 15, 2025

To: Clerk of the Fifteenth Court of Appeals
William P. Clements Building, Suite 607
300 West 15th Street
Austin, Texas 78701

Re: Case No.15-25-00045-CV
Appeal of Final Orders in Suit Affecting the Parent-Child Relationship

Original case no. DF-24-07441

Dear Clerk,

I am the appellant in the above-referenced case. I received notice that fees for the preparation of the court reporter's record may not have been paid. On July 14 ,2025 I submitted a written request to the original trial court seeking confirmation of payment status and whether the record was submitted to the appellate court.

Since that time, the case has been transferred between courts, and I am uncertain whether my request was received and docketed by your office. I respectfully request confirmation that my letter was received and ask whether any further action is required on my part to ensure the record is properly filed and the appeal proceeds.

Please let me know if I need to resubmit documentation or take additional steps.

Sincerely,
Nanyamka Sims
Dallasccfiles@gmail.com

